[Nos. 17310-7-II; 17311-5-II.   Division Two.   April 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND HERNANDEZ, JR., *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 92-1-00098-2, 93-1-00126-0, Paula Casey, J., entered June 8, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Fleisher, JJ.

[No. 17238-1-II.   Division Two.   April 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN C. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00652-7, Leonard W. Costello, J., entered June 16, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17380-8-II.   Division Two.   April 19, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID E. SHOBLOM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-02609-2, Thomas A. Swayze, Jr., J., entered July 23, 1993. *Reversed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Wiggins, JJ.